Sohaye Lee, OSB #984387
slee@pdxlaw.com
The Law Office of Sohaye Lee
621 SW Morrison St, Suite 1025
Portland, OR  97205
503.222.9830

Attorney for Defendant Erlin Mauricio Larios-Valle

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**ERLIN MAURICIO LARIOS VALLE,**<br><br>    **Defendant.** | Case No. 3:21-cr-00173-IM-02<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

On December 12, 2022, Erlin Mauricio Larios-Valle will come before the Court for sentencing, having entered a guilty plea to count 1 of the Superseding Indictment, charging him with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, to Use a Communication Facility and to Maintain Drug-Involved Premises in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A)(i), 841 (b)(1)(A)(viii), 843(b), 856(a), and 846.

Mr. Larios-Valle agrees that the Presentence Report accurately calculates the applicable sentencing guideline range and his criminal history category. Mr. Larios-Valle

**Page 1 – DEFENDANT'S SENTENCING MEMORANDUM**

joins in the agreed sentencing recommendation and Probation's recommendation for 46 months of incarceration. For the reasons articulated in the confidential supplement to the PSR, Mr. Larios-Valle asks this Court to find that the agreed recommendation is sufficient but not greater than necessary to serve the purposes of 18 U.S.C. § 3553(a).

    RESPECTFULLY submitted this 7th day of December, 2022.

_/s/ Sohaye Lee_
Sohaye Lee, OSB 984387
Attorney for Erlin Mauricio Larios-Valle

**Page 2 – DEFENDANT'S SENTENCING MEMORANDUM**